THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* IKE SANDERS, Defendant-Appellant.

(No. 56772;

First District (4th Division)—August 28, 1974.

Asher Feren, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Barry Rand Elden, Assistant State's Attorneys, of counsel), for the People.

ALLIED METAL Co., Petitioner, *v.* THE POLLUTION CONTROL BOARD *et al.,* Respondents.

(No. 59257;

First District (2nd Division)—September 24, 1974.